# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Michael Gabrio,                            Civil No. 13cv03118 PJS/JJK

       Petitioner,

v.                                        <u>**ORDER**</u>

Lucinda Jesson,

       Respondent.

_____

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated November 19, 2013. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Petitioner's application for a writ of habeas corpus, (Docket No. 1), is **DENIED**;

2. This action is **DISMISSED**; and

3. Petitioner will **NOT** be granted a Certificate of Appealability.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 12/6/13

                                s/Patrick J. Schiltz
                                PATRICK J. SCHILTZ
                                United States District Judge